**Paul D. Rubenstein, Esq. (SBN: 48584)**
**Sarah J. Robertson, Esq. (SBN: 243364)**
**PAUL D. RUBENSTEIN, A PROFESSIONAL LAW CORPORATION**
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone:  310.586.3209
Fax:  310.586.3233
Email:  pdr@prubensteinlaw.com

Attorneys for Plaintiff, **BERNARD SHERMAN**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD SHERMAN, | Case No.  CV11-04051 DMG (JCGx) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SOFEN ENTERPRISES, INC., a California corporation; IRVING A. SOFEN, as an individual; and DOES 1 through 10, | |
| Defendant. | Judge:  Honorable Dolly M. Gee<br>Courtroom:  7 |

///
///
///
///
///
///
///

1

Plaintiff Bernard Sherman (hereinafter, "Plaintiff") and Defendants Sofen Enterprises, Inc., and Irving A. Sofen (hereinafter, "Defendants") (collectively, the "Parties") hereby stipulate to dismiss this action with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

Dated: May 26, 2012

PAUL D. RUBENSTEIN, A
PROFESSIONAL LAW CORPORATION

_____
Paul D. Rubenstein
Sarah J. Robertson

Attorneys for Plaintiff
BERNARD SHERMAN

Dated: May 26, 2012

_____
Adam Telanoff

Attorneys for Defendants
SOFEN ENTERPRISES, INC. and IRVING A. SOFEN

2

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on May 29, 2012, I electronically filed the

**STIPULATION OF DISMISSAL WITH PREJUDICE**

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF registered parties:

Adam Telanoff, Esq.
1830 12th St., #7
Santa Monica, CA 90404
Email: adam.telanoff@gmail.com

Attorneys for Defendants
Sofen Enterprises, Inc. and Irving A. Sofen

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2012, at Los Angeles, California.

_____
JAZMIN LEON