**Paul D. Rubenstein, Esq. (SBN: 48584)**
**Sarah J. Robertson, Esq. (SBN: 243364)**
**PAUL D. RUBENSTEIN, A PROFESSIONAL LAW CORPORATION**
**2029 Century Park East, Suite 1370**
**Los Angeles, California 90067**
**Phone:  310.586.3209**
**Fax:  310.586.3233**
**Email:  pdr@prubensteinlaw.com**

**JS-6**

Attorneys for Plaintiff, **BERNARD SHERMAN**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD SHERMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>SOFEN ENTERPRISES, INC., a California corporation; IRVING A. SOFEN, as an individual; and DOES 1 through 10,<br><br>                    Defendant. | Case No.  CV11-04051 DMG (JCGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [24]** |

///

///

///

///

///

///

///

1

1         In accordance with the Parties' stipulation, IT IS HEREBY ORDERED that

2    this action is dismissed with prejudice in its entirety, pursuant to Federal Rule of

3    Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

4

5        **IT IS SO ORDERED.**

6

7

8    DATED:  May 30, 2012
     _____        _____
                                     DOLLY M. GEE
9                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28